Steve W. Berman (*Pro Hac Vice*)
Thomas E. Loeser (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite #3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Richard N. Sox (*Pro Hac Vice to be filed*)
BASS SOX MERCER
2822 Remington Green Circle
Tallahassee, FL 32308
Telephone: (850) 878-6404
Facsimile: (850) 942-4869
rsox@dealerlawyer.com

*Counsel for Plaintiffs Napleton Orlando Imports, LLC, Napleton Sanford Imports, LLC, Napleton Automotive of Urbana, LLC and J. Bertolet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Napleton Orlando Imports, LLC et al. v. Volkswagen Group of America, Inc. et al.*, Case No. 1:16-cv-04071 (N.D. Ill.) | MDL No. 02672-CRB (JSC)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFF J. BERTOLET, INC.'S NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF FRANCHISE DEALER SETTLEMENT AGREEMENT, PROVISIONAL CERTIFICATION OF DEALER SETTLEMENT CLASS, AND APPROVAL OF CLASS NOTICE |
| NAPLETON ORLANDO IMPORTS, LLC d/b/a NAPLETON'S VOLKSWAGEN OF ORLANDO, an Illinois limited liability company, NAPLETON SANFORD IMPORTS, LLC d/b/a NAPLETON'S VOLKSWAGEN OF SANFORD, an Illinois limited liability company, and NAPLETON AUTOMOTIVE OF URBANA, LLC d/b/a NAPLETON VOLKSWAGEN OF URBANA, a Florida limited liability company, individually, and J. BERTOLET, INC. dba J. BERTOLET VOLKSWAGEN, on behalf of itself and all similarly situated persons and entities,<br><br>Plaintiffs, | Hearing: October 18, 2016<br>Time: 8:00 a.m.<br>Court: 6, 17th Floor<br><br>The Honorable Charles R. Breyer |

1    v.

2    VOLKSWAGEN GROUP OF AMERICA, INC., a
     New Jersey Corporation, VW CREDIT, INC., a
3    Delaware corporation, VOLKSWAGEN AG, a
     German corporation, ROBERT BOSCH, LLC, a
4    Michigan limited liability company, and ROBERT
     BOSCH GmbH, a German corporation.
5

6                    Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

010584-11 903737 V1

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington, and I have been admitted *pro hac vice* in this action. I am the managing partner of Hagens Berman Sobol Shapiro LLP. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. On April 6, 2016, Napleton Orlando Imports, LLC dba Napleton's Volkswagen of Orlando, Napleton's Sanford Imports, LLC dba Napleton's Volkswagen of Sanford, and Napleton Automotive of Urbana, LLC dba Napleton Volkswagen of Urbana (collectively, the "Napleton VW Dealerships") filed a Class Action Complaint against Volkswagen and Bosch in the Northern District of Illinois (*Napleton Orlando Imports, LLC et al. v. Volkswagen Group of America, Inc. et al.*, Case No. 1:16-cv-04071 (N.D. Ill.) (the "Napleton Action"). On April 20, 2016, the Napleton Action was transferred to this MDL for pre-trial proceedings.

3. Prosecution of a remedy for Volkswagen-branded franchise dealers followed two distinct, but ultimately merged, tracks. First, from soon after the disclosure of the emissions fraud, Volkswagen-branded dealers nominated a "Dealer Investment Committee" ("DIC") to engage Volkswagen in discussions concerning an appropriate remedy for U.S. franchise dealers to compensate them for the substantial losses they were experiencing—and which were increasing—as a result of the emissions scandal. The DIC engaged Bass Sox Mercer ("BSM"), one of proposed Dealer Class Counsel, to represent it in negotiations with Volkswagen.

4. Second, my firm, Hagens Berman ("HB"), counsel for Napleton Dealerships and also proposed Dealer Class Counsel, began extensive pre-filing investigation and research early in 2016 and continued it until shortly before filing the Napleton Action. Thereafter, HB multiplied its efforts in developing a complete picture of the emissions fraud as related to franchise dealer claims and the damages flowing therefrom, including engaging noted economic and damages experts. And given the extensive value expected, and then confirmed, for the Consumer Lawsuits, HB took

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFF J. BERTOLET, INC.'S MOTION
FOR PRELIMINARY APPROVAL
Case No. 02672-CRB (JSC)   - 1 -
010584-11 903737 V1

1   great care to assess Volkswagen's ability to pay damages to dealers, and its need for dealer
2   cooperation in effectuating the then-expected settlement of the Consumer Lawsuits.

3        5.     On July 18, 2016, HB sent Volkswagen a request for dealer-specific document
4   discovery.  The requested documents included historical dealer-by-dealer vehicle deliveries,
5   composite financial statements, Units in Operation figures, buy/sale agreements, and several
6   categories of internal communications and reports relating to the projected impact on dealers from
7   the emissions scandal.

8        6.     On July 20, 2016, HB sent Volkswagen its second request for documents, including
9   documents relating to:  dealer inventory of TDI vehicles, Letters of Intent for potential new
10  dealerships and projections for such new dealerships, marketing planning and budgeting, dealer
11  and consumer-facing incentive programs, and certain communications between Volkswagen and its
12  dealers.

13       7.     Beginning on July 22, 2016, and continuing thereafter, Volkswagen electronically
14  produced thousands of pages of documents, including detailed spreadsheets and financial records.
15  Attorneys at HB reviewed the entire production, and certain portions were shared with HB's
16  retained damages and economic experts.  In addition, attorneys at Hagens Berman searched the 12
17  million-plus pages of electronic discovery produced in the consumer action to retrieve hundreds of
18  documents that were particularly relevant to the Dealer Action, Volkswagen's knowledge of harm
19  to dealers, and assessment of damages suffered by dealers.

20       8.     In July 2016, after each of BSM and HB had devoted significant, non-overlapping
21  resources, time and effort to prosecution of franchise dealer claims related to the emissions scandal,
22  the two firms agreed to work together to efficiently forge the best possible result for all 652
23  Volkswagen-branded franchise dealers in the proposed Franchise Dealer Class.  The two firms
24  together had multiple meetings with Volkswagen and its attorneys from Sullivan & Cromwell
25  ("S&C") in New York, and via telephone and electronic communications.

26       9.     Also present at the final meeting with Volkswagen were members of the Dealer
27  Investment Committee ("DIC").  DIC was established at a dealers only meeting to help represent

28

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFF J. BERTOLET, INC.'S MOTION
FOR PRELIMINARY APPROVAL
Case No. 02672-CRB (JSC)                                       - 2 -
010584-11 903737 V1

1  the Dealers interest in weathering the scandal.  Its members include Jason Kuhn of Tampa's Kuhn
2  Automotive Group, Mike Sullivan, owner of the LAcarGuy network in southern California, Jimmy
3  Ellis of Atlanta's Jim Ellis Automotive Group, Richard Fisher, owner of the Evanston, Illinois-
4  based Autobarn Evanston Dealer Group, and Jack Bertolet, Jr., president of Orwigsburg,
5  Pennsylvania's J. Bertolet Volkswagen.

6    10. As the settlement talks progressed, and during the document drafting process, we
7  have consulted with members of the DIC.  Their experience as VW dealers has been useful in
8  negotiating the settlement and making sure it is fair for the proposed class.

9    11. After months of rigorous investigation, research, document review, consultation
10 with experts, communication and negotiation, a settlement term sheet was agreed to in late August
11 2016 and shared with the Court's Settlement Master, Robert S. Mueller.  Director Mueller
12 embraced the settlement outline and suggested a prompt presentation to the Court, which occurred
13 on August 26, 2016.  *See* Dkt. No. 1774.

14   12. The Court ordered submission of a final settlement agreement and this motion and
15 supporting documents on September 30, 2016, setting in motion a further intense flurry of work by
16 HB, BSM, Volkswagen and its counsel at S&C.

17   13. On September 30, HB and BSM filed the Volkswagen-Branded Franchise Dealer
18 Amended and Consolidated Class Action Complaint ("Complaint"), adding J. Bertolet, Inc., dba J.
19 Bertolet Volkswagen as plaintiff and proposed Class Representative.  The Complaint spanned 130
20 pages and set forth in detail the allegations relating to the Franchise Dealer Class claims against
21 Volkswagen and against the Robert Bosch companies.  The Complaint reflects the extensive labors
22 undertaken by HB and BSM in prosecution of this action.

23   14. On September 30, the Settlement Agreement that Plaintiff now proposes for
24 approval was completed, agreed and executed.

25   15. I personally know and have met with the proposed Class Representative.  He is
26 committed to the action and has devoted substantial time to assisting counsel with this action,
27 providing documents and reviewing pleadings.

28

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFF J. BERTOLET, INC.'S MOTION
FOR PRELIMINARY APPROVAL
Case No. 02672-CRB (JSC)     - 3 -
010584-11 903737 V1

1      16.    The proposed Class representative has no interests that are antagonistic to other Class members, and in fact shares a strong and identical interest in protecting Class members and the Volkswagen community as a whole.

    17.    Attached hereto as Exhibit A is a copy of the Firm Resume of Hagens Berman.

    18.    Attached hereto as Exhibit B is a copy of the Firm Resume of Bass Sox Mercer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of September, 2016, at Seattle, Washington.


                                    */s/ Steve W. Berman*
                                    STEVE W. BERMAN

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFF J. BERTOLET, INC.'S MOTION
FOR PRELIMINARY APPROVAL
Case No. 02672-CRB (JSC)     - 4 -
010584-11 903737 V1

1  **CERTIFICATE OF SERVICE**

2  I hereby certify that on September 30, 2016, I electronically transmitted the foregoing

3  document to the Court Clerk using the ECF System for filing. The Clerk of the Court will transmit

4  a Notice of Electronic Filing to all ECF registrants.

5

6                  */s/ Steve W. Berman*
                STEVE W. BERMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVE W. BERMAN ISO
PLAINTIFF J. BERTOLET, INC.'S MOTION
FOR PRELIMINARY APPROVAL
Case No. 02672-CRB (JSC)      - 5 -
010584-11 903737 V1