UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: MDL Dkt. No. 5860 *Napleton*, No. 3:16-cv-2086-CRB _____/ | MDL No. 2672 CRB (JSC) **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE UNDER SEAL PORTIONS OF THEIR THIRD AMENDED COMPLAINT** |

Before the Court is Plaintiffs' motion to file under seal portions of their third amended class action complaint. Consistent with prior Orders in this MDL (*see, e.g.*, MDL Dkt. Nos. 1767, 6207), the Court will permit Plaintiffs to redact from their complaint the names, job titles, and departmental designations of non-party Volkswagen and Bosch employees. In contrast, the Court will not permit Plaintiffs to redact from their complaint quotations, paraphrases, and citations to documents that the Bosch defendants produced during discovery and designated as confidential or highly confidential. The underlying documents are approximately one decade old, and the Bosch defendants have not made a showing that "specific prejudice or harm will result" if their contents are not sealed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

By **Tuesday, December 10, 2019**, Plaintiffs shall file a revised redacted version of their third amended complaint that conforms with this Order.

**IT IS SO ORDERED.**

Dated: December 3, 2019

_____
CHARLES R. BREYER
United States District Judge